Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 20–11857–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Daniel E. Yancy
  725 Central Ave
  Franklinville, NJ 08322

Social Security No.:
  xxx–xx–9508

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            4/15/20
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 19, 2020
JAN: lgr

                                                                           Jeanne Naughton
                                                                           Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 20-11857-JNP
Daniel E. Yancy                                                Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Feb 19, 2020
                               Form ID: 132                 Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db             +Daniel E. Yancy,    725 Central Ave,    Franklinville, NJ 08322-2054
518695626      +Diversified Consultants,    600 Coon Rapids Blvd NW,    Coon Rapids, MN 55433-5549
518695627      +First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
518695628      +Franklin Twp Tax Collector,    1571 Delsea Dr.,    Franklinville, NJ 08322-2391
518695633      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
518695634       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
518695636      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
518718179      +THE BANK OF NEW YORK MELLON,    Denise Carlon, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518695639       Wells Fargo Card Service,    PO Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2020 00:29:47      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2020 00:29:44      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518695623      +E-mail/Text: bankruptcy@pepcoholdings.com Feb 20 2020 00:29:13      Atlantic City Electric,
                 5 Collins Drive Suite 2133,    Pepco Holdings Inc, Bankruptcy Division,
                 Penns Grove, NJ 08069-3600
518695625      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 20 2020 00:33:23      Credit One Bank,
                 PO BOX 98873,   Las Vegas, NV 89193-8873
518695632       E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 20 2020 00:29:07      IRS,   PO Box 744,
                 Springfield, NJ 07081-0744
518702082       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2020 00:31:59      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518700326       E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 20 2020 00:32:22      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518695635      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 20 2020 00:32:41      Regional Acceptance Corp,
                 P O Box 580306,    Charlotte, NC 28258-0306
518710983       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 20 2020 00:32:41      Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
518695637      +E-mail/Text: bankruptcy@sw-credit.com Feb 20 2020 00:29:48      SW Credit Systems,
                 4120 International PKWY,    Ste 1100,   Carrollton, TX 75007-1958
518695638      +E-mail/Text: bnc-bluestem@quantum3group.com Feb 20 2020 00:30:19      Webbank/Freshstart,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518695631*       Internal Revenue Service,   P.O. Box 744,    Special Procedure Branch,    Springfield, NJ 07081
518695630*       Internal Revenue Service,   Po Box 725 Special Procedures Fuction,    Springfield, NJ 07081
518695629*      +Internal Revenue Service,   PO Box 7346,    Philadelphia, PA 19101-7346
518695624     ##+Carrington Mortgage Services,    1610 E Saint Andrew Pl,   Santa Ana, CA 92705-4941
                                                                                      TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                  Page 2 of 2                  Date Rcvd: Feb 19, 2020
                               Form ID: 132                 Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Seymour   Wasserstrum    on behalf of Debtor Daniel E. Yancy mylawyer7@aol.com,    ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```