Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  20−11857−JNP
          Chapter:  13
          Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel E. Yancy
   725 Central Ave
   Franklinville, NJ 08322

Social Security No.:
   xxx−xx−9508

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:           9/2/20
Time:           10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 28, 2020
JAN: kvr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel E. Yancy  
    Debtor

Case No. 20-11857-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jul 28, 2020  
                 Form ID: 132     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.

```
db              +Daniel E. Yancy,    725 Central Ave,    Franklinville, NJ 08322-2054
518801385       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
518695626       +Diversified Consultants,    600 Coon Rapids Blvd NW,    Coon Rapids, MN 55433-5549
518695627       +First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
518695628       +Franklin Twp Tax Collector,    1571 Delsea Dr.,    Franklinville, NJ 08322-2391
518695633       +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
518695634        Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                  Trenton, NJ 08625-0112
518695636       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  State Of New Jersey,     P.O. Box 245,
                  Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
518718179       +THE BANK OF NEW YORK MELLON,    Denise Carlon, Esquire,    216 Haddon Avenue, Ste. 406,
                  Westmont, NJ 08108-2812
518695639        Wells Fargo Card Service,    PO Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 28 2020 23:12:03     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 28 2020 23:12:01      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518695623       +E-mail/Text: bankruptcy@pepcoholdings.com Jul 28 2020 23:11:42      Atlantic City Electric,
                  5 Collins Drive Suite 2133,    Pepco Holdings Inc, Bankruptcy Division,
                  Penns Grove, NJ 08069-3600
518801385       +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 28 2020 23:11:21
                  Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
518695625       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 28 2020 23:20:05      Credit One Bank,
                  PO BOX 98873,    Las Vegas, NV 89193-8873
518748772        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 28 2020 23:11:38      Department of the Treasury,
                  Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518702082        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2020 23:20:09      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518700326        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 28 2020 23:20:49      MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518782414       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 28 2020 23:12:13      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518772222        E-mail/Text: bnc-quantum@quantum3group.com Jul 28 2020 23:11:57
                  Quantum3 Group LLC as agent for,    Genesis FS Card Services Inc,    PO Box 788,
                  Kirkland, WA 98083-0788
518695635       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 28 2020 23:20:32      Regional Acceptance Corp,
                  P O Box 580306,    Charlotte, NC 28258-0306
518710983        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 28 2020 23:20:32      Regional Acceptance Corporation,
                  PO Box 1847,    Wilson, NC 27894-1847
518695637       +E-mail/Text: bankruptcy@sw-credit.com Jul 28 2020 23:12:03      SW Credit Systems,
                  4120 International PKWY,    Ste 1100,    Carrollton, TX 75007-1958
518695638       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 28 2020 23:12:26      Webbank/Freshstart,
                  6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 14
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518695632*       IRS,   PO Box 744,   Springfield, NJ 07081-0744
518695631*       Internal Revenue Service,   P.O. Box 744,   Special Procedure Branch,   Springfield, NJ 07081
518695630*       Internal Revenue Service,   Po Box 725 Special Procedures Fuction,   Springfield, NJ 07081
518695629*      +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
518695624    ##+Carrington Mortgage Services,   1610 E Saint Andrew Pl,   Santa Ana, CA 92705-4941
                                                                                TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1            User: admin              Page 2 of 2               Date Rcvd: Jul 28, 2020
                                Form ID: 132             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Seymour   Wasserstrum    on behalf of Debtor Daniel E. Yancy mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```